IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-36352-H4-13 |
| | § | |
| MICHAEL STUMPS | § | ENTERED |
| MAICHA JACKSON STUMPS | § | 12/09/2016 |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## ORDER OF DISMISSAL

**CAME ON FOR CONSIDERATION** the Trustee's Motion to Dismiss in the above captioned Chapter 13 proceeding, and the Court, having considered the Motion, and finding that proper notice to all parties in interest has been given, and after hearing all opposition to the Motion, and upon consideration of the grounds set forth in the Trustee's Motion, the Court does hereby

**ORDER** that the above captioned Chapter 13 proceeding is hereby **DISMISSED**.

SIGNED ON 12/8/2016

JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE